UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| SUSAN E. MOONEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:08-CV-587 RL |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On December 11, 2008, Plaintiff, Susan E. Mooney ("Mooney"), filed a complaint in this Court. On July 28, 2009, this Court set the deadline for filing Mooney's opening brief at September 11, 2009. On November 3, 2009, this Court ordered Mooney to submit a filing with this Court by November 16, 2009, complying with this Court's prior order to file an opening brief and ordered Mooney to address reasons why this case should not be dismissed for Mooney's failure to prosecute her claim. As of this date, Mooney has not filed an opening brief and has not responded to this Court's order to show cause, despite this Court's warning pursuant to Timms v. Frank, 953 F.2d 281, 285-86 (7th Cir. 1992) and Lewis v. Faulkner, 689 F.2d 100 (7th Cir. 1982), that failure to do so may result in a dismissal of her case.

Under Fed. R. Civ. P. 41, a plaintiff's case may be dismissed for her failure to prosecute her claim or to comply with court orders. Mooney has failed to comply with this Court's orders to file an opening brief and to show cause for failing to file, and Mooney has provided no written documentation explaining her inaction. As such, this Court can only assume that Mooney has abandoned her case. Consequently, for the aforementioned reasons, this Court **RECOMMENDS** that Mooney's case be **DISMISSED WITHOUT PREJUDICE**.

**NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed. R. Civ. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED**.

Dated this 17th Day of November, 2009.

                                               S/Christopher A. Nuechterlein
                                              Christopher A. Nuechterlein
                                              United States Magistrate Judge

cc: Susan E. Mooney