## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| SUSAN E. MOONEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:08-CV-587 |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation dated November 17, 2009. The instant report and recommendation recommends dismissal without prejudices of the instant case due to Plaintiff's failure to prosecute. Upon due consideration of the instant report and recommendation, this Court **ADOPTS** Magistrate Judge Christopher A. Nuechterlein's Report and Recommendation and **ORDERS** that Mooney's case be **DISMISSED WITHOUT PREJUDICE.**

**DATED:  December 18, 2009**          /s/RUDY LOZANO, Judge
                                       **United States District Court**